**Order entered October 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00926-CV

**SUN KYUM CHA A/K/A STEPHEN CHA, ET AL., Appellants**

**V.**

**BRANCH BANKING AND TRUST COMPANY, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15020**

## ORDER

We **GRANT** appellants' October 27, 2014 second motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellants on October 27, 2014 filed as of the date of this order.

/s/  ELIZABETH LANG-MIERS
JUSTICE